IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| | * | |
| WALTER PEREZ PEREZ | * | CASE 09-00124 SEK |
| MARILYN BONILLA MUNIZ | | |
| | * | CHAPTER 13 |
| DEBTOR | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

URGENT MOTION FOR
AUTHORIZATION TO MODIFICATION OF MORTGAGE LOAN

TO THE HONORABLE COURT

COMES NOW the debtor/s represented by the undersigned attorney and very respectfully prays and states as follows:

1) That in order to eliminate very heavy mortgage arrears included in the confirmed Chapter 13 Plan (almost $ 27.000.00) and other matters the debtors entered in an agreement for Doral Bank to modified their mortgage loan.

2) The bank has given to the debtors a preliminary letter of intention and calculations over the business and is requesting from them to obtain from the Court an order to continue the proceedings.(attached bank's letter)

3) The modification of the debtors' mortgage loan if approved will not affect any party in interest and will permit the debtors to put their home's arrears up-to-date. The amount of arrears that could and would be eliminated from the provisions of any future post-petition Plan modification will honor the % corresponding to the Trustee's commission as if having been paid through the Plan.

WHEREFORE the debtors very respectfully prays from the Court that in view of the representation made an order authorizing the debtors to continue and obtain a mortgage modification loan over their home be issue as soon as the Court deem appropriated.

In Carolina Puerto Rico this 24 of August 2010

MORENO & MORENO LAW OFFICE

/s/RAFAEL MORENO GARCIA
P.O. BOX 679-TRUJILLO ALTO
P.R. 00977
attorney USDC 202708
Telephone 787-750-8160
e-mail- moreno 97 @ prtc.net

I HEREBY CERTIFY that on this same date copy of this motion has been forwarded by electronic filing to the Chapter 13 Trustee of the case , to the U.S. Trustee's office, and to the creditors or creditors counsel as per the CM/ECF SYSTEM and to other parties in interest and creditors not included in the electronic register by means of regular mail.



**To:** Bufete Moreno & Moreno Law Office

**From:** Jose M. Rodriguez Feliciano
**Agente de Loss Mitigation**

**Subject:** Casos: 50032208 a nombre Sr. Walter Perez Perez, Sra. Marilyn Bonilla Muñiz

**Date:** 8/19/2010

---

*El día de hoy 19 de Agosto 2010 se presento el Sra.Marilyn Bonilla Muñiz se presento en nuestras oficinas buscando alternativas para su propiedad. El préstamo # 50032208 que mantienen con nuestra institución están acogida a la protección por Ley Quiebra. Como parte del procedimiento para establecer la alternativa se evaluó la situación financiera y se les explico que se puedes considerar como alternativa una modificación para su préstamo. A continuación los detalles discutidos con el cliente:*

- *Los términos originales como el tiempo de amortización e interés prevalecen de la misma forma.*
- **Número de cuenta 50032208**
- *Original loan - $168,480.00*
- *Termino a 30 años*
- *Interés – 7.950%*
- *Pi - $1,230.38*
- *Pago regular -$1,320.89*
- **Los nuevos términos son los siguientes**
- *Principal balance- $194,817.14*
- *Termino a 30 años*
- *Interés- 7.950%*
- *Pi - $1,422.93*
- *Pago regular - $,1,513.44*
- **Exceso del nuevo balance o lo que se origino- $26,367.14**

*Se le explico que para comenzar con el trámite de la modificación del préstamo, la cuenta debe estar fuera del plan de quiebra u obtener la autorización del Tribunal y someter los documentos de ingresos y gastos los números que le estamos informando es un pago aproximado. En adición esta aprobación está sujeta a que el inversionista de la aprobación.*

*Sin más en el particular queda de usted*

*Jose M. Rodriguez*
*Tel. (787) 474-6644*
*Fax. (787) 474-6832*
*Agent Loss Mitigation*
*Jose.rodriguez@doralbank.com*

jrf